Certificate Number: 05781-TNM-DE-041623216

Bankruptcy Case Number: 26-04834

05781-TNM-DE-041623216

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 30, 2026, at 6:55 o'clock PM PDT, Amber Kasun completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Tennessee.

Date: October 31, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President